**Exhibit A to the Complaint**

**Location:** Doylestown, PA  **IP Address:** 98.115.130.32
**Total Works Infringed:** 24  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 298F45BBEB29B0A3FA8F743A3408BCEF5303DEC6<br>File Hash:<br>74F05B536CDAF4846D75F3077CFA0FA7056DAC70F3A8576917FEC3666A94A88D | 03/03/2024 04:16:49 | Tushy | 12/04/2022 | 01/10/2023 | PA0002389591 |
| 2 | Info Hash: 768B1105E509BD5E38204F81A87EF0FA4A67D744<br>File Hash:<br>F791B277FCF1828523CA09963C58A3C74397867EBB62B4B8A86742F2CFDE4607 | 02/11/2024 00:24:59 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 3 | Info Hash: 4C8CF99E6FE58FAFC2B4580AC33159F883540C4C<br>File Hash:<br>828726F5CE6DB6CE7DD771EAE1A6DA1689B2239521FC3E8B2C82CE5D879920C0 | 01/20/2024 21:46:15 | Vixen | 10/29/2021 | 11/11/2021 | PA0002321280 |
| 4 | Info Hash: D38B478EBA0EFD5809D4EA8EA9B35F54C16BFF06<br>File Hash:<br>475F7DAFF0D1547802BAA489144C9F8143863350217DE07C4D83B1E7B911844F | 01/07/2024 22:03:24 | Tushy | 10/24/2021 | 11/11/2021 | PA0002321315 |
| 5 | Info Hash: C1E1082060DFBF7D216FD995D8CCF5A286699309<br>File Hash:<br>CA2A9EB55BC3724F25DCADEB8D631F2E909194D230AE5E1C042A4D0AD938E521 | 01/07/2024 01:06:00 | Tushy | 02/12/2023 | 03/07/2023 | PA0002400309 |
| 6 | Info Hash: AB159B26C1F19A85489B72A252A243D66650409B<br>File Hash:<br>CA0270144692C54C13F45C7CB6D7809CB4D05367316B9076F85149D5611CD4FA | 01/06/2024 16:41:09 | Blacked Raw | 04/07/2018 | 06/19/2018 | PA0002126641 |
| 7 | Info Hash: 16A3EDD1A807A0FD4BC30F242019FB7CAE545FBF<br>File Hash:<br>9508C5C37CBDD84AB0FAD50B2AF17ED138375552BA99BA87F9E601CE8880E57A | 10/07/2023 20:12:38 | Tushy | 11/14/2021 | 01/07/2022 | PA0002337916 |
| 8 | Info Hash: D6991696FF528DEB0B4B987F0423D6239DF0086F<br>File Hash:<br>B9AD60AE1ACCF5484C079CA2E67D5EFD98B449AFFE33C66BE634715082D378DE | 10/07/2023 18:55:26 | Blacked Raw | 09/13/2021 | 11/11/2021 | PA0002321292 |
| 9 | Info Hash: EBC86C8EC9799075996F99389AAD01FA5EB87E0F<br>File Hash:<br>4ADE2DED64FF848AB2F050D3DD7184CCB75FCF96367D1FA53CFAF402C2ED9F90 | 10/07/2023 18:38:58 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |
| 10 | Info Hash: 8ECB1671BD0D9895C1EAA098EB546D5FF1D77890<br>File Hash:<br>16A1750D051783D353A4B4D055B5723A473EE746D2238FDDAC95B25AD0E71C9E | 10/07/2023 18:30:18 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |
| 11 | Info Hash: 6E4F043E7A0D035258E2AFC14A251E5C2B5EAF09<br>File Hash:<br>FDB70058503339BA12C5B75B1AE480E5C7F475260D488853824DA477A708A596 | 10/07/2023 18:28:16 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: CCA0D81D1517B1CAB021FA258D20C2D676B404BD<br>File Hash:<br>5B102B46530750FEDDA8013272C25559EA1BBF497747315AEB67FACA66BE6169 | 10/07/2023<br>18:27:43 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 13 | Info Hash: 5AA904B8B0904E22418872FDCFD71F0714B65E66<br>File Hash:<br>0B9DC140D335825586A8E7992BC74365C7BD052C1A5E9894F86495EB0D125957 | 10/07/2023<br>18:25:32 | Tushy | 01/08/2023 | 01/27/2023 | PA0002393072 |
| 14 | Info Hash: 27C25EB5A69CDF789DF91138AB2F2F6AAFA07053<br>File Hash:<br>86843ED1A7C17D357AA4A0C637C8F8B859D0920CD33F245CD8AE0FF6D93F3F6F | 10/07/2023<br>18:22:30 | Tushy | 01/16/2022 | 03/04/2022 | PA0002345785 |
| 15 | Info Hash: 1C6FD5AFF214DEF64EA9CC1B267EC4BFB621C526<br>File Hash:<br>45F7A92C8D019D86E769C05E26C595717053EFFA9647B73924BB62EEB81A2A14 | 08/23/2023<br>16:15:10 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 16 | Info Hash: 0BB96475C2FF4B9A4C15A4D3CEA950FB3443998F<br>File Hash:<br>23A7C2D7C78B4545CCC8E6162CA9DC3A8A3CAC423DB916F8450FCC2310B6273C | 08/10/2023<br>13:00:59 | Tushy | 07/25/2021 | 08/20/2021 | PA0002312005 |
| 17 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 06/24/2023<br>16:05:35 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 18 | Info Hash: DDACCADB6C16C406AD2382D4E9279C7B422D73B2<br>File Hash:<br>47A32CB463FF8D4E52EAE15B6EE3CD6C687035380B40225854903DA17D204D27 | 06/24/2023<br>15:59:55 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 19 | Info Hash: 93196E1E6E561462591FAB1B2645392AD33A3CF7<br>File Hash:<br>36EBDFEE403567D8833A32AE7CBCE9AF159F787B204CBD94312C3F398FB14EE8 | 06/17/2023<br>20:43:15 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 20 | Info Hash: B5E86403BBD9E107A768218EF9FE8AFE1B8B4A3A<br>File Hash:<br>7220A39C4EFA628C1BC1BA6AE75442C7BD96E2600BE0E95FEF45BB0D5898F565 | 06/17/2023<br>17:18:28 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 21 | Info Hash: 5EA78EEFF9BB69CE642E473586B33DB5B573528C<br>File Hash:<br>9345086C1CA3D15593002F8BABAF98D862051CF8E03D524B7A57B16B593689E3 | 06/17/2023<br>16:45:51 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 22 | Info Hash: 2665AECC29F2D50DD62093F42A9340F9909569F2<br>File Hash:<br>029FEAE102E533E666ECBE60343B612A4CC4639500FB7ADEAD141891D0734332 | 04/30/2023<br>21:29:15 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 23 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash:<br>FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 04/30/2023<br>20:31:49 | Blacked Raw | 10/04/2021 | 10/19/2021 | PA0002317056 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 484B79CD3E645BD7A365E97E92F2504FF9FC467A<br>File Hash: FCB15AD0B43E46D890B68CF2D682DB5775314EF9405F8F52FA1E79D87A404ADC | 04/30/2023 20:29:53 | Blacked | 08/13/2022 | 08/30/2022 | PA0002367729 |